IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-1819-PAB-SKC

**STEPHEN HILLEARY, Plaintiff,**

v.

**AMICA MUTUAL INSURANCE COMPANY, Defendant.**

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE
---

COMES NOW Plaintiff, Stephen Hilleary and Defendant, Amica Mutual Insurance Company, by and through their attorneys, and hereby stipulate and agree that all claims and causes of actions in this matter should be dismissed with prejudice, each party to bear their own attorney's fees, costs, expenses and expert witness fees. An Order of Dismissal with Prejudice is filed simultaneously with this Motion.

DATED this 17th day of December, 2018.

| CAVE LAW LLC | WHITE AND STEELE, P.C. |
|---|---|
| */s/* Jeremy Cave | */s/* Andrew A. Scott |
| Jeremy Cave | Andrew A. Scott |
| 3190 S. Vaughn Way, Ste. 550 | Dominion Towers |
| Aurora, CO 80014 | 600 Seventeenth Street, Suite 600N |
| Telephone: 720-213-3737 | Denver, CO 80202 |
| *Attorneys for Plaintiff* | Telephone: (303) 296-2828 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on this 17th day of December, 2018, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** and **ORDER OF DISMISSAL WITH PREJUDICE** was electronically filed and served via CM-ECF and addressed to the following:

Jeremy Cave
Cave Law LLC
3190 S. Vaughn Way, Ste. 550
Aurora, CO 80014
Email jeremy@cave.law
*Attorney for Plaintiff*

                          WHITE & STEELE, P.C.

                          */s/* Andrew A. Scott
                          Andrew A. Scott
                          600 17th Street, Suite 600N
                          Denver, CO   80202
                          Telephone:  (303) 296-2828
                          Facsimile:  (303) 296-3131
                          Email - ascott@wsteele.com
                          Attorneys for Defendant